UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEBORAH GILBERT and
FREDERICK GILBERT,
    Plaintiffs,

-vs.-                                                  Case No: 13-13325
                                                        Hon. Thomas L. Ludington

FULTON, FRIEDMAN AND GULLACE, LLP,
    Defendant.
_____

### STIPULATED ORDER TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

The parties stipulate to the dismissal of this case with prejudice and without costs to any party.

| | |
|---|---|
| /s/ Gary D. Nitzkin_____ | /s/Cynthia Fulton _____ |
| GARY D. NITZKIN (P41155) | CYNTHIA FULTON (012480) |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | 2345 E. Thomas Rd., Ste. 460 |
| Southfield, MI 48034 | Phoenix, AZ 85016 |
| T (248) 353-2882 | (602) 748-4331 |
| gnitzkin@creditor-law.com | cynthia.fulton@fultonfriedman.com |

Dated: April 23, 2014

It is so **ORDERED**. This is a final order and closes the case.

Dated: April 24, 2014                                          s/Thomas L. Ludington
                                                                            THOMAS L. LUDINGTON
                                                                            United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 24, 2014.
                              s/Tracy A. Jacobs
                              TRACY A. JACOBS